# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN MAHONEY,** *Plaintiff,* | : : : | **CIVIL ACTION** |
| v. | : : | No. 19-3836 |
| **BITTREX, INC.,** *Defendant.* | : : | |

## ORDER

**AND NOW**, this 14th day of January 2020, upon consideration of Defendant's Motion to Dismiss (ECF No. 7), Plaintiff's Response (ECF No. 12), and Defendant's Reply (ECF No. 14) it is hereby **ORDERED** Defendant's Motion to Dismiss (ECF No. 7) is **GRANTED** and the Complaint (ECF No. 1) is **DISMISSED**, without prejudice.

Plaintiff may file an Amended Complaint on or before January 27, 2020. If Plaintiff does not file an Amended Complaint on or before January 27, 2020, the Clerk of Court is **DIRECTED** to **CLOSE** this matter.

**BY THE COURT:**

_____
CHAD F. KENNEY, J.