IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN MAHONEY, | : | CIVIL ACTION |
|     *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| BITTREX, INC., | : | |
|     *Defendant.* | : | NO. 19-3836 |

**ORDER**

AND NOW, this 31st day of January 2020, after review of the docket and there being no Amended Complaint filed of record in accordance with the Court's Memorandum and Order dated January 14, 2020 (ECF Nos. 15 and 16), the Clerk of Court is directed to **CLOSE** this matter.

BY THE COURT:

_____
CHAD F. KENNEY, JUDGE